UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>NELLY N. ROMERO-ROMERO, 　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　　　　)<br>_____ ) | CASE NO. CR17-229 JLR<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Conspiracy to Distribute Controlled Substances; Conspiracy to Commit Money Laundering; Asset Forfeiture allegations

<u>Date of Detention Hearing</u>:　September 26, 2017.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　1.　　Defendant was not interviewed by pretrial services so there is little information

DETENTION ORDER
PAGE -1

available about her personal history and background.  Her past criminal record includes an arrest for failing to comply and failing to appear.

2. Defendant and her counsel offer no opposition to entry of an order of detention.

3. Defendant poses a risk of nonappearance due to lack of verified background information.  Defendant poses a risk of danger due to the nature of the offense and criminal history.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of September, 2017.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3