The Honorable Judge Mary A. Theiler

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,       )
                                )    NO. CR17-229-3 JLR
        Plaintiff,              )
                                )
    vs.                         )    [PROPOSED] ORDER
                                )    TO RE-OPEN DETENTION
                                )    HEARING
NELLY . N. ROMERO-ROMERO,       )
                                )
        Defendant              )
                                )
                                )
_____ )

## ORDER

The Court, having considered the un-opposed motion of counsel, and based on the statement of reasons set forth in the motion to re-open defendant Romero-Romero's detention hearing, hereby orders that defendant Romero-Romero's detention hearing should be re-opened and conducted by the Court pursuant to 18 U.S.C. Section 3142.

Dated this 27th day of September, 2017.

Mary Alice Theiler
United States Magistrate Judge

Defendant Romero's Order to Re-Open Hearing  1

MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, SUITE 302
EVERETT, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994