The Honorable Judge Mary A.Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>NELLY . N. ROMERO-ROMERO, )<br>)<br>Defendant )<br>)<br>)<br>_____ ) | NO. CR17-229-3 JLR<br><br>[PROPOSED] ORDER<br>TO RE-OPEN DETENTION<br>HEARING |

**ORDER**

The Court, having considered the un-opposed motion of counsel, and based

on the statement of reasons set forth in the motion to re-open defendant Romero-

Romero's detention hearing, hereby orders that defendant Romero-Romero's

detention hearing should be re-opened and conducted by the Court pursuant to 18

U.S.C. Section 3142.

Dated this 27ᵗʰ day of September, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

Defendant Romero's Order to Re-Open Hearing  1

MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, SUITE 302
EVERETT, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994